**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

TRUSTEES OF THE ASBESTOS WORKERS LOCAL NO. 25 WELFARE FUND; TRUSTEES OF THE ASBESTOS WORKERS LOCAL NO. 25 DEFINED BENEFIT PENSION FUND; TRUSTEES OF THE ASBESTOS WORKERS LOCAL NO. 25 DEFINED CONTRIBUTION PENSION FUND; TRUSTEES OF THE ASBESTOS WORKERS LOCAL NO. 25 SUPPLEMENTAL UNEMPLOYMENT BENEFIT FUND; TRUSTEES OF THE ASBESTOS WORKERS LOCAL NO. 25 APPRENTICESHIP TRAINING FUND; TRUSTEES OF THE INSULATORS INDUSTRY WIDE LABOR-MANAGEMENT COMMITTEE AND LOCAL UNION NO. 25, INTERNATIONAL ASSOCIATION OF HEAT & FROST INSULATORS AND ASBESTOS WORKERS,

    Plaintiffs,

vs.

BRINKER MECHANICAL INSULATION, INC., a Michigan corporation, EUGENE L. BRINKER, an individual a/b/a Brinker Mechanical Insulation, Inc. and HARTFORD FIRE INSURANCE COMPANY, a Connecticut corporation, jointly and severally,

    Defendants.
_____/

Case No. 06-14787
Hon. Avern Cohn

## REQUEST AND VERIFICATION TO SEIZE PROPERTY

On June 27, 2007 a judgment was granted in this case upon which the following is now due:

    Amount of judgment: $96,637.86
    Interest to this date: $ 3,024.40
    Post judgment costs: $   0
    TOTAL    $99,662.26
    Less credits received: $50,000.00
    *Balance due to date: $49,662.26

*Additional statutory interest, officer/sheriff fees, and expenses may be charged in addition to the unpaid balance according to law.

The Plaintiffs request the court issue an order to seize property of the following Defendants: Brinker Mechanical Insulation, Inc. and Eugene L. Brinker.

I declare that the statements above are true to the best of my information, knowledge and belief.

Respectfully submitted,

NOVARA, TESIJA & McGUIRE, P.L.L.C.

BY: s/Nicholas R. Nahat (P49802)
Attorneys for Plaintiffs
2000 Town Center, Suite 2370
Southfield, MI 48075-1314
(248) 354-0380
nahatlaw@yahoo.com

Dated: August 3, 2007

## ORDER TO SEIZE PROPERTY

**TO ANY SHERIFF, DEPUTY SHERIFF, OR COURT OFFICER – YOU ARE ORDERED TO:**

1. Seize and sell, according to law, any of the personal property (as determined by the officer) of Defendants Brinker Mechanical Insulation, Inc. and Eugene L. Brinker that is not exempt from seizure, as will be sufficient to satisfy Plaintiffs' demand, costs, and any statutory fees and expenses. Personal property may include, but is not limited to motor vehicles or money, wherever located.

2. If sufficient personal property of the Defendants cannot be found within your jurisdiction, seize and sell any of the real property of Defendants not exempt from seizure, as will be sufficient to satisfy Plaintiffs' demand, costs, and any statutory fees and expenses.

3. Collect from the sale of the property enough money to pay all of your statutory fees and statutory expenses.

4. Deposit proceeds of sale with the court after deducting statutory fees and statutory expenses.

5. Claim and Delivery Only: Seize the property described in the attached judgment for claim and delivery and deliver to the Plaintiffs; or if the property is not found in the possession of the Defendants, levy the value of it.

6. You must endorse the month, day, year, and hour that you receive this order, and **that time is the effective date of this order.** You must execute and return this order not less than 20 days, nor more than 90 days, from the effective date. If you have begun to serve this order on or before the return date, you may complete the service and return after the return date.

7. You may not continue collecting on this order after the return date except as indicated in item 6.

IT IS SO ORDERED.

s/Avern Cohn<br/>U.S. DISTRICT COURT JUDGE

Dated: August 03, 2007

Order to be served by: _____
Court officer/Deputy sheriff

**ENDORSEMENT:** I certify that I received this order on _____ at _____
Date          Time

_____
Court officer/Deputy sheriff

TO THE DEFENDANT: The person seizing property is required to provide you with a receipt of all money paid by you and an inventory of the property seized.